

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jay Alexander Parker,

Vs. No. 11-16-00175-CR

The State of Texas,

\* From the 90th District Court
  of Stephens County
  Trial Court No. F34522.

\* June 28, 2018

\* Memorandum Opinion by Bailey, J.
  (Panel consists of: Willson, J.,
  Bailey, J., and Wright, S.C.J.,
  sitting by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.